```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

GLORIA A. FERRIS,                )
                                 )
        Plaintiff,             )        4:04CV3286
                                 )
    v.                           )
                                 )
FIRST NATIONAL OF NEBRASKA,      )        ORDER
INC.,                            )
                                 )
        Defendant.             )

On the court's own motion,

IT IS ORDERED,

The pretrial conference is rescheduled from February 28, 2006 to February 21, 2006 at 11:00 a.m. before undersigned in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 18th day of July, 2005.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge