```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GLORIA A. FERRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3286 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from February 21 to **February 14, 2006 at 11:00 a.m.** in the 4th Floor Conference Room, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 1st day of August, 2005.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge