```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GLORIA A. FERRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3286 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, | ) | ORDER |
| INC., d/b/a FIRST NATIONAL | ) | |
| BANK OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed motion for continuance, filing 38, is granted and the deadline for filing dispositive motions is extended to January 6, 2006.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge