IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GLORIA A. FERRIS,                    )
                                     )
                Plaintiff,           )          4:04CV3286
                                     )
           v.                        )
                                     )
FIRST NATIONAL OF NEBRASKA,          )              ORDER
                                     )
                Defendant.           )
                                     )

          Following a telephone conference with counsel this date,

          IT IS ORDERED:

          This matter is placed back on the trial docket and,

          1.  Summary judgment motions shall be filed before
May 5, 2006.

          2.  The deposition deadline is set for May 26, 2006.

          3.  The pretrial conference will be held June 22, 2006 at
9:00 a.m. before the undersigned magistrate judge.

          4.  Jury trial is set for July 10, 2006 for a duration of
four days before the Honorable Richard G. Kopf in Courtroom 1,
United States Courthouse and Federal Building, 100 Centennial
Mall North, Lincoln, Nebraska.  Trial is subject to the prior
disposition or continuance of any criminal matters which may be
set for that week.  Jury selection will be held at commencement
of trial.

          DATED this 19th day of April, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*

                              David L. Piester
                              United States Magistrate Judge